```
1  TOWNSEND AND TOWNSEND AND CREW LLP
   ANNE M. ROGASKI (State Bar No. 184754)
2  MATTHEW R. HULSE (State Bar No. 209490)
   379 Lytton Avenue
3  Palo Alto, California 94301
   Telephone: (650) 326-2400
4  Facsimile: (650) 326-2422
   amrogaski@townsend.com
5  mrhulse@townsend.com

6  Attorneys for Plaintiff
   ESTECH, Inc.
7
```

ORIGINAL FILED
MAY 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 07 2676

| ESTECH, Inc., | Case No. |
|---|---|
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NOS. 6,241,754 B1 AND 7,115,122 B1** |
| v. | |
| Guidant Corporation, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Plaintiff ESTECH, Inc. ("ESTECH"), for its Complaint against Defendant Guidant Corporation ("Guidant"), states as follows:

**PARTIES**

1. ESTECH is a corporation organized and existing under the laws of the State of California and has its principal place of business at 2603 Camino Ramon, Suite 100, San Ramon, California 94583.

2. Upon information and belief, Guidant is a corporation organized and existing under the laws of the State of Indiana and has its principal place of business at 4100 Hamline Avenue North, St. Paul, Minnesota 55112-5798.

**JURISDICTION AND VENUE**

3. This is a civil action for patent infringement arising under the Patent Laws of the

1  United States, 35 U.S.C. §§1, *et seq.* Subject matter jurisdiction is proper under 28 U.S.C. §§1331

2  and 1338(a).

3      4.    Venue is proper in this district under 28 U.S.C. §§1400(b) and 1391(b) for at least the

4  reason that Guidant resides in this district as defined in §1391(c) because it is subject to personal

5  jurisdiction in this district.

6  <center>**FIRST CLAIM**</center>

7  <center>**(Infringement of U.S. Patent No. 6,241,754 B1)**</center>

8      5.    U.S. Patent No. 6,241,754 B1, entitled "Composite Structures and Methods for

9  Ablating Tissue to Form Complex Lesion Patterns in the Treatment of Cardiac Conditions and the

10  Like" ("the '754 Patent"), was duly and lawfully issued on June 5, 2001. A true and correct copy of

11  the '754 Patent is attached hereto as Exhibit A.

12      6.    ESTECH is the exclusive licensee of the '754 Patent, and thus has standing to sue for

13  infringement of the '754 Patent.

14      7.    Guidant has infringed and continues to infringe, directly, contributorily, and/or by

15  inducement of others, the '754 Patent by making, using, selling, offering for sale, and/or importing

16  products and/or services covered by the claims of the '754 Patent in violation of 35 U.S.C. §271.

17      8.    Guidant's infringement of the '754 Patent has caused and continues to cause damage to

18  ESTECH in an amount to be determined at trial. Guidant's infringement will continue to cause

19  immediate and irreparable harm to ESTECH for which there is no adequate remedy at law, unless this

20  Court enjoins and restrains such activities.

21      9.    Upon information and belief, Guidant's infringement of the '754 Patent has been and is

22  willful and deliberate, entitling ESTECH to enhanced damages pursuant to 35 U.S.C. §284, and to an

23  award of attorneys' fees and costs incurred in prosecuting this action pursuant to 35 U.S.C. §285.

24

25  <center>**SECOND CLAIM**</center>

26  <center>**(Infringement of U.S. Patent No. 7,115,122 B1)**</center>

27      10.    U.S. Patent No. 7,115,122 B1, entitled "Composite Structures and Methods for

28  Ablating Tissue to Form Complex Lesion Patterns in the Treatment of Cardiac Conditions and the

1    Like" ("the '122 Patent"), was duly and lawfully issued on October 3, 2006. A true and correct copy of the '122 Patent is attached hereto as Exhibit B.

11.   ESTECH is the exclusive licensee of the '122 Patent, and thus has standing to sue for infringement of the '122 Patent.

12.   Guidant has infringed and continues to infringe, directly, contributorily, and/or by inducement of others, the '122 Patent by making, using, selling, offering for sale, and/or importing products and/or services covered by the claims of the '122 Patent in violation of 35 U.S.C. §271.

13.   Guidant's infringement of the '122 Patent has caused and continues to cause damage to ESTECH in an amount to be determined at trial. Guidant's infringement will continue to cause immediate and irreparable harm to ESTECH for which there is no adequate remedy at law, unless this Court enjoins and restrains such activities.

14.   Upon information and belief, Guidant's infringement of the '122 Patent is willful and deliberate, entitling ESTECH to enhanced damages pursuant to 35 U.S.C. §284, and to an award of attorneys' fees and costs incurred in prosecuting this action pursuant to 35 U.S.C. §285.

### **PRAYER FOR RELIEF**

WHEREFORE, ESTECH prays for relief as follows:

A.   That judgment be entered in favor of ESTECH that the '754 and '122 Patents are valid and infringed by Guidant;

B.   That ESTECH be granted an accounting of all damages sustained as a result of Guidant's infringement;

C.   That ESTECH be awarded actual damages together with prejudgment and post-judgment interest according to proof, and enhanced damages pursuant to 35 U.S.C. §284;

D.   For a preliminary and permanent injunction enjoining Guidant's acts of infringement and those of its officers, agents, servants, employees, subsidiaries and any persons acting in concert with Guidant, including related individuals and entities, customers, and representatives;

E.   That ESTECH be awarded attorneys' fees and costs pursuant to 35 U.S.C. §285 or as otherwise provided by law; and

F.   For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure, ESTECH respectfully demands a trial by jury.

DATED: May 21, 2007

Respectfully submitted,

TOWNSEND and TOWNSEND and CREW LLP

By: _____
Anne M. Rogaski
Matthew R. Hulse

Attorneys for Plaintiff
ESTECH, Inc.

61043231 v1

COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NOS. 6,241,754 B1 AND 7,115,122 B1
CASE NO.

- 4 -