**COPY**

1   TOWNSEND AND TOWNSEND AND CREW LLP
    ANNE M. ROGASKI (State Bar No. 184754)
2   MATTHEW R. HULSE (State Bar No. 209490)
    379 Lytton Avenue
3   Palo Alto, California  94301
    Telephone: (650) 326-2400
4   Facsimile: (650) 326-2422
    *amrogaski@townsend.com*
5   *mrhulse@townsend.com*

6   Attorneys for Plaintiff
    ESTECH, Inc.

7

**ORIGINAL FILED**

MAY 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8

9           UNITED STATES DISTRICT COURT

10      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11           SAN FRANCISCO DIVISION

**C 07      2676**

**JL**

12   ESTECH, Inc.,

13               Plaintiff,          Case No.

                                     **CERTIFICATION OF INTERESTED**
14          v.                       **ENTITIES OR PERSONS**

15   Guidant Corporation,

16               Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.

1        Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-16, Plaintiff ESTECH, Inc. ("ESTECH")

2    makes the following disclosure:

3        1.    ESTECH does not have a parent corporation.

4        2.    The following publicly held company owns more than 10% of ESTECH's stock:

5    Boston Scientific Corporation.

6        3.    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

7    firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial

8    interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial

9    interest in that subject matter or in a party that could be substantially affected by the outcome of this

10    proceeding: Boston Scientific Corporation (owner of more than 10% of ESTECH's stock).

11    DATED:  May 21, 2007              Respectfully submitted,

12                                      TOWNSEND and TOWNSEND and CREW LLP

13

14                                      By:  _____
                                            Anne M. Rogaski
15                                          Matthew R. Hulse

16                                          Attorneys for Plaintiff
                                            ESTECH, Inc.
17    61043415 v1

18

19

20

21

22

23

24

25

26

27

28