TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

**Palo Alto**

379 Lytton Avenue
Palo Alto, California 94301-1431
Tel 650.326.2400
Fax 650.326.2422

Annie M. Rogaski
650.463.7601
amrogaski@townsend.com

August 30, 2007

*VIA E-FILING*

Chief Magistrate Judge James Larson
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA  94102

Re:   Estech Inc. v. Guidant Corp.
      U.S. District Court Case No.  C 07-02676 JL

Dear Judge Larson:

Pursuant to the suggestion of your secretary, Venise Thomas, this letter formally requests that the Initial Case Management Conference in the above-referenced case, currently scheduled for September 5, 2007, be continued for sixty (60) days to **November 7, 2007.** This additional time would allow the parties to continue negotiations to resolve this matter.  If the matter is not resolved, Estech Inc. will then serve Guidant Corp. with the Complaint.  The additional time would allow Guidant Corp. to appear in the case in advance of the Initial Case Management Conference.  We appreciate your consideration of this request.

Respectfully submitted,

*[signature]*

Anne M. Rogaski

AMR/lp
61140798 v1