TOWNSEND AND TOWNSEND AND CREW LLP
ANNE M. ROGASKI (State Bar No. 184754)
MATTHEW R. HULSE (State Bar No. 209490)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
*amrogaski@townsend.com*
*mrhulse@townsend.com*

Attorneys for Plaintiff
ESTECH, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTECH, Inc., <br><br>   Plaintiff, <br><br> v. <br><br> Guidant Corporation, <br><br>   Defendant. | Case No.   C 07-02676 JL <br><br> **NOTICE OF DISMISSAL** |

1    The parties to this action have executed a settlement agreement resolving all claims in the
2  action. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff
3  ESTECH, Inc. dismisses with prejudice all claims in the action as to any Microwave products (defined
4  as products using radio frequency transmissions/emissions above .85 gigahertz), and dismisses
5  without prejudice all other claims in the action.

7  DATED: September 27, 2007        Respectfully submitted,

8                                    TOWNSEND and TOWNSEND and CREW LLP

10                                   By:    /s/ Matthew R. Hulse
11                                       Anne M. Rogaski
                                         Matthew R. Hulse

12                                       Attorneys for Plaintiff
                                         ESTECH, Inc.
13  61156898 v1

NOTICE OF DISMISSAL
CASE NO. C 07-02676 JL                                                           - 2 -